**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **Jairo Murillo** | JOINT DEBTOR: | CASE NO.: **15-14440** | |
| Last Four Digits of SS# **xxx-xx-1891** | Last Four Digits of SS# | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **220.00**   for months  **1**  to  **60**  ;
  B.  $ _____   for months  ___  to  ___  ;
  C.  $ _____   for months  ___  to  ___  ; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ **2,500.00**   TOTAL PAID $ **2,500.00**
              Balance Due    $ **-NONE-**  payable $ _____ /month (Months ___ to ___ )

Unsecured Creditors:  Pay $ **200.00** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Special Intentions:**
**Bank of America: Debtor will pay claim directly.**

**Debtor shall provide copies of yearly income tax returns no later than May 15 during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Jairo Murillo
**Jairo Murillo**
Debtor

Date:  **March 27, 2015**